No. A–31. DUNKINS *v.* JONES, WARDEN, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution to permit the filing and consideration of petitions for writs of certiorari. We would grant the petitions and vacate the death sentence.

JULY 18, 1989

No. A–42 (89–5121). HAMBLEN *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

AUGUST 11, 1989

No. A–916. BANKERS MULTIPLE LINE INSURANCE CO. *v.* FARISH ET AL. Dist. Ct. App. Fla., 4th Dist. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.